**(c) Attorneys (Firm Name, Address, and Telephone Number)**

Michael K. Hurst,
Chris Schwegmann,
Yaman Dasai
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800

Laurence D. King,
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700

Frederic S. Fox
Jeffrey P. Campisi
Matthew P. McCahill
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980

**Attorneys for Plaintiffs**